# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:20-cr-00120-MR-WCM-2

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **O R D E R** |
|  | ) |  |
| (2) SHEA BURLESON, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Counts Eleven, Twelve, Thirteen, and Fourteen of the Indictment as to Shea Burleson [Doc. 27].

Upon review of the Government's Motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 27] is **GRANTED**, and Counts Eleven, Twelve, Thirteen, and Fourteen of the Bill of Indictment in the above-captioned case, are hereby **DISMISSED WITHOUT PREJUDICE** as to the Defendant Shea Burleson only.

The Clerk is directed to provide copies of this Order to counsel for the Government, counsel for the Defendant, the U.S. Marshals Service, and the U.S. Probation Office.

**IT IS SO ORDERED.**

Signed: April 15, 2021

Martin Reidinger
Chief United States District Judge